UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK ROBERTSON,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF ALAMEDA, et al.,<br><br>    Defendants. | Case No. 15-cv-03416-TEH<br><br>**SCHEDULING ORDER RE: MOTION TO WITHDRAW AS COUNSEL** |

James J. Fishel seeks to withdraw as counsel for Plaintiff Frank Robertson and asks the Court to hear the motion on shortened time and without a hearing. However, he fails to present good cause to hear the motion on shortened time, and that request is therefore DENIED. In addition, it is unclear whether there will be any opposition to the motion, so it is premature for this Court to vacate the hearing.

Accordingly, the motion shall be set for hearing on **February 8, 2016, at 10:00 AM**, in Courtroom 2, 450 Golden Gate Avenue, San Francisco, CA. Any opposition to the motion shall be due by **January 19, 2016,** and any reply shall be due by **January 25, 2016**.

Mr. Fishel shall immediately serve this order on his client and file a proof of service with this Court. He shall also attempt to secure from his client and file with the Court – by the January 19, 2016 deadline for filing an opposition – either a letter or a declaration explaining whether Mr. Robertson no longer wants Mr. Fishel to represent him in this case, whether Mr. Robertson has found alternate counsel, whether Mr. Robertson is willing to proceed in this case without a lawyer if he cannot find a lawyer to replace Mr. Fishel as his representative, and any other matters Mr. Robertson wishes to tell the Court in connection with the pending motion.

If Mr. Robertson fails to communicate with Mr. Fishel after receiving this order, then Mr. Fishel shall include with his reply a discussion of how, if at all, this Court should consider Mr. Robertson's medical condition in deciding the motion.

IT IS FURTHER ORDERED that the current deadline for amending the complaint, the February 1, 2016 case management conference, and the deadline to file a joint case management conference statement are VACATED.  New dates and deadlines will be set after the Court rules on the pending motion to withdraw.

**IT IS SO ORDERED.**

Dated:   12/23/15                                  _____
                                                                    THELTON E. HENDERSON
                                                                    United States District Judge

2