UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANK ROBERTSON,

    Plaintiff,

v.

COUNTY OF ALAMEDA, et al.,

    Defendants.

Case No. 15-cv-03416-TEH

**ORDER GRANTING MOTION TO WITHDRAW AND ORDER REQUESTING REASSIGNMENT**

This matter comes before the Court on Mr. James Fishel's motion to withdraw as counsel for Plaintiff Frank Robertson. On December 30, 2015, Mr. Fishel filed a consent form signed by Mr. Robertson, stating that Mr. Robertson now intends to represent himself. On January 4, 2016, Defendants filed a statement of non-opposition to the motion to withdraw and also asked the Court to set a deadline by which Mr. Robertson must file and serve his second amended complaint.

With good cause appearing, the Court now GRANTS Mr. Fishel's motion to withdraw. Unless and until he finds substitute counsel, Mr. Robertson will now represent himself in this matter.

The undersigned no longer hears non-prisoner matters involving pro se litigants and therefore requests that this case be reassigned. The Court leaves it to the discretion of the newly assigned judge to set a deadline for Mr. Robertson to file his second amended complaint.

**IT IS SO ORDERED.**

Dated: 01/05/16

THELTON E. HENDERSON
United States District Judge