UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK ROBERTSON,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF ALAMEDA, et al.,<br><br>    Defendants. | Case No.  15-cv-03416-JST<br><br>**ORDER SETTING DEADLINE FOR FILING OF SECOND AMENDED COMPLAINT**<br><br>Re: ECF Nos. 51, 71 |

Following the withdraw of plaintiff's counsel, this case was reassigned to the undersigned. ECF No. 71.  A Motion to Dismiss was previously granted in this case on October 28, 2015, and Plaintiff was given leave to file an amended complaint. ECF No. 51.  The deadline for amending the complaint was vacated upon filing of the motion to withdraw.  See ECF No. 65.

Accordingly, the Court hereby sets a deadline of March 7, 2016 for Plaintiff to file his second amended complaint.  As noted in the prior order granting the Motion to Dismiss, leave to amend the complaint is granted only in relation to the claims dismissed without prejudice.  See ECF No. 51 at 8.

Plaintiff is encouraged to seek the assistance of the Legal Help Center in amending his complaint. The Legal Help Center is located at 450 Golden Gate Avenue, 15th Floor, Room 2796, San Francisco, California.  Assistance is provided by appointment only. Litigants may schedule an appointment by signing up in the appointment book located on the table outside the door of the Center or by calling the Legal Help Center appointment line at 415–782–8982. Plaintiff may also wish to consult the Northern District of California manual, Representing Yourself in Federal

/ / /

/ / /

/ / /

1  Court: A Handbook for Pro Se Litigants, a copy of which may be downloaded at
2  http://www.cand.uscourts.gov/prosehandbook or obtained free of charge from the Clerk's office.
3      IT IS SO ORDERED.
4  Dated:  January 11, 2016

                                            JON S. TIGAR
                                   United States District Judge