UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FRANK ROBERTSON, | |
|---|---|
| Plaintiff, | Case No. 15-cv-03416-JST |
| v. | **SCHEDULING ORDER** |
| COUNTY OF ALAMEDA, et al., | |
| Defendants. | |

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Deadline to file Amended Complaint | March 21, 2016 |
| Deadline to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>• file ADR Certification signed by Parties and Counsel (form available at http://www.cand.uscourts.gov)<br>• file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference http://www.adr.cand.uscourts.gov (form available at http://www.cand.uscourts.gov) | June 1, 2016 |
| Deadline to file Joint Case Management Conference | June 8, 2016 |
| Further Case Management Conference | June 15, 2016 |

Counsel may not modify these dates without leave of court. The parties shall comply with the Court's standing orders, which are available at cand.uscourts.gov/jstorders. For additional

1    information regarding the scheduled ADR deadlines, the parties may also review the prior Order

2    Setting Initial Case Management Conference and ADR Deadlines issued in this case.  ECF No. 6.

3    IT IS SO ORDERED.

4    Dated:  February 26, 2016

———————————————————
JON S. TIGAR
United States District Judge